MINUTE ENTRY
MAY 26, 2016
NORTH, M. J.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 16-032

STANTON GUILLORY                            SECTION: A

## INITIAL APPEARANCE

APPEARANCES:  _X_ DEFENDANT WITH/WITHOUT COUNSEL  _____

_____

_X_ ASSISTANT U.S. ATTORNEY  HARRY MCSHERRY _____
___ INTERPRETER  _____
Designated by Court and sworn .    Time:  _____ .M   to  _____ M.

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF THE ~~INDICTMENT~~ WAS:
     READ   WAIVED   SUMMARIZED

_/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

_/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 05

__/ BAIL SET AT _____

_____

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING / REMOVAL HEARING /

ARRAIGNMENT IS SET FOR ___*May 31, 2016 at 8:00 am*___

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

___*May 31, 2016 at 2:00 pm*___

X DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING / REMOVAL

HEARING / ARRAIGNMENT / DETENTION HEARING / HEARING TO DETERMINE COUNSEL

WITH COUNSEL_____