MINUTE ENTRY
WILKINSON, M.J.
JUNE 7, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 16-032 |
| STANTON GUILLORY | SECTION A |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
  X  COUNSEL FOR DEFENDANT   CJA/FPD: Kerry Cuccia + Scillitani  Som
  X  ASSISTANT U.S. ATTORNEY  HARRY MCSHERRY
  __  INTERPRETER  _____  SWORN
       (TIME:          .M to         .M)

X / READING OF THE INDICTMENT: READ (WAIVED) (SUMMARIZED)
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

X DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JULY 6, 2016 AT 9:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

X / TRIAL:  **AUGUST 1, 2016 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

MJSTAR :00 03