UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 16-32 |
| STANTON GUILLORY | SECTION "A" MAG. 1 |

### MINUTE ENTRY (JS-10: 15)

On August 7, 2017, the Court held a status conference with the following counsel in attendance: Bill McSherry, James Baehr, and Myles Ranier for the Government; Samuel Scillitani and Kerry Cuccia for Stanton Guillory. The Court set the conference as a follow-up to the conference held on May 25, 2017.

Defendant is dissatisfied with the Government's response to his informal request for discovery and a bill of particulars. On or before **September 29, 2017** (date requested by defense counsel), Defendant will submit a formal discovery request to the Government. The Government will respond within 30 days of receiving the request. The Court instructed the Government to respond to Defendant's itemized requests in kind.

The Court scheduled a follow-up status conference. Defense counsel will advise the Court if a motion to compel will be necessary at the conference.

Accordingly;

**IT IS ORDERED** that a follow-up status conference with the Court is set for **Thursday, November 9, 2017, at 10:15 a.m.** This status conference will take place in chambers.

* * * * * *