PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT

CASE NO. 16-32

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
☑ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: Stanton Guillory a/k/a "Nan Nan"

Address: Custody of the USMS

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Patricia Stroup
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3082

Name of Asst. U.S. Attorney (if assigned): Myles D. Ranier

☐ Interpreter Required  Dialect: _____

Birth Date: 1994
☑ Male  ☐ Female
☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI - William C. Williams, Special Agent

Social Security Number xxx-xx-5078

☐ person is awaiting trial in another Federal or State Court (give name of court)
Orleans Parish Crim. DC, Judge Flemings-Davillier

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

### DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody EDLA
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO. 16-32

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Defense Counsel (if any): Kerry P. Cuccia
☐ FPD  ☑ CJA  ☐ RET'D
☐ Appointed on Target Letter

Place of offense: New Orleans    County: Orleans

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 6 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 1958 | Conspiracy for Murder for Hire | 1 |
| 4 | 18 U.S.C. § 1958, 2 | Aiding & Abetting Murder for Hire | 2 |
| 4 | 18 U.S.C. § 1512(k) | Conspiracy to Obstruct Justice by Murder | 3 |
| 4 | 18 U.S.C. §§ 1512(a)(1)(A) & 1512(a)(3)(A), 2 | Aiding & Abetting Obstruction of Justice by Murder | 4 |
| 4 | 18 U.S.C. § 1513(f) | Conspiracy to Obstruct Justice by Retaliation With Murder | 6 |

| Defendant: Stanton Guillory aka "Nan Nan" Total # of Counts: 6 | | | |
|---|---|---|---|
| Offense Level (1,3,4) | Title & Section | Description of Offense Charged | Count(s) |
| 4 | 18 U.S.C. §§ 1513(a)(1)(B), 1513(a)(2)(A) & 2 | Aiding & Abetting in Obstruction of Justice by Retaliation with Murder | 7 |