SEALED

TO: DOCKET CLERK

__ MAGISTRATE CASE NUMBER

OR

_X_ NO MAGISTRATE PAPERS WERE FOUND

FOR

NAME:  LOUIS AGE JR., LOUIS AGE III aka BIG LOU, RONALD WILSON JR. aka TANK, KENDRICK JOHNSON

Initials: __PLH__

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you