MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 7, 2017

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 16-32 |
| STANTON GUILLORY | SECTION A |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X   DEFENDANT
             X   COUNSEL FOR DEFENDANT  SAMUEL SCILLITANI AND KERRY CUCCIA
             X   ASSISTANT U.S. ATTORNEY  James Baehr
             ___ INTERPRETER _____ SWORN _____
                    (TIME:         .M to         .M)

X / READING OF THE SUPERSEDING INDICTMENT: READ **WAIVED** **SUMMARIZED**
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__ / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

__ / OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **TO BE SET BY SECTION A**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

X / TRIAL: **TO BE SET BY SECTION A**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

MJSTAR: 00: 05