MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 8, 2017

**SEALED**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-032 |
| KENDRICK JOHNSON | SECTION A |

An arraignment and detention hearing were set this date before United States Magistrate Judge Joseph C. Wilkinson, Jr.

PRESENT: Myles Ranier, Asst. U.S. Attorney
Claude Kelly, Federal Public Defender
Kendrick Johnson, Defendant

Federal Public Defender requested a continuance of these matters for reasons stated orally on the record. There was no objection by the Government.

**IT IS ORDERED** that the arraignment and detention hearing are **CONTINUED to September 13, 2017 at 2:00 p.m.**

The defendant was remanded to the custody of the U.S. Marshal.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:02