MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 8, 2017



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-032 |
| LOUIS AGE, III | SECTION A |

An arraignment and detention hearing were set this date before United States Magistrate Judge Joseph C. Wilkinson, Jr.

PRESENT: Myles Ranier, Asst. U.S. Attorney
Hilliard Fazande, II, Counsel for Defendant
Louis Age, III, Defendant

The defendant informed the Court that he was requesting appointed counsel. He was sworn and questioned as to the financial affidavit.

**IT IS ORDERED** that the Federal Public Defender is appointed to represent the defendant.

**IT IS FURTHER ORDERED** that the representation of Hilliard Fazande, II is terminated.

For reasons stated orally on the record **IT IS FURTHER ORDERED** that the arraignment and detention hearing are **CONTINUED to September 13, 2017 at 2:00 p.m.**

The defendant was remanded to the custody of the U.S. Marshal.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:05