

MINUTE ENTRY
SEPTEMBER 8, 2017
WILKINSON, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA               CRIMINAL ACTION

VERSUS                                 NO. 16-32

LOUIS AGE, JR.                         SECTION: A

INITIAL APPEARANCE

APPEARANCES:  X   DEFENDANT WITH/(WITHOUT) COUNSEL   _____

              X   ASSISTANT U.S. ATTORNEY   MYLES RANIER
              ___ INTERPRETER   _____
              Designated by Court and sworn.   Time: _____ .M to _____ M.

 X / DEFENDANT WAS ADVISED OF HIS RIGHTS

 X / READING OF THE SUPERSEDING INDICTMENT WAS:
     READ   WAIVED   (SUMMARIZED)

 _/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

 X/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

 X/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

 _/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 17

SEALED

__/ BAIL SET AT _____

_____

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/

(ARRAIGNMENT) IS SET FOR _September 13, 2017 at 2:00 p.m_

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_September 13, 2017 at 2:00 p.m._

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL

HEARING/(ARRAIGNMENT)/(DETENTION HEARING)/HEARING TO DETERMINE COUNSEL

WITH COUNSEL _____